UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE CAREMARK RX, INC. | ) | Master Docket No. 3:06-cv-00535 |
| DERIVATIVE LITIGATION | ) | (Consolidated Action) |
| | ) | Judge Haynes |

## ORDER OF DISMISSAL

It appearing to the Court that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs in all three actions consolidated herein, Nos. 3:06-cv-00535, 3:06-cv-00547, and 3:06-cv-00569, have given notice of voluntary dismissal of these actions, without prejudice, and that no Answer or Motion for Summary Judgment has been filed,

It is hereby Ordered that Case Nos. 3:06-cv-00535, 3:06-cv-00547, and 3:06-cv-00569 be and hereby are Dismissed without prejudice. The Court further finds and Orders that no notice pursuant to Rule 23.1 is necessary as this dismissal is without prejudice and there are parallel proceedings in the Circuit Court for Davidson County, Tennessee, which will adequately protect the interests of Caremark's public shareholder.

IT IS SO ORDERED.

This the ___ day of March, 2007.

WILLIAM J. HAYNES, JR.
DISTRICT JUDGE